OPINION — AG — **** SALT WATER TRANSPORTATION-DISPOSAL-DUMPING-ARREST **** CORPORATION COMMISSION HAS THE DUTY, UPON REASONABLE BELIEF THAT ANY MOTOR VEHICLE IS BEING OPERATED WITHOUT A CLASS "B" MOTOR CARRIER OPERATING PERMIT, TO REQUIRE DRIVER TO SHOW THE REGISTRATION CERTIFICATE AND TO MAKE AN ARREST WHERE VIOLATIONS ARE DETECTED. CITE: 47 O.S. 1967 Supp., 177.1-177.3 [47-177.1] — [47-177.3], 47 O.S. 1961 161-176 [47-161] — [47-176], ARTICLE V, SECTION 57 CHARLES L. OWENS